United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY REED JONES,

    Plaintiff,

v.

M. DARDEN,

    Defendant.

Case No. 15-cv-02022-JSC

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

Dkt. No. 9

Plaintiff's motion for appointment of counsel (dkt. 22) is DENIED. There is no constitutional right to counsel in a civil case. *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981). Section 1915 confers on a district court only the power to "request" that counsel represent a litigant who is proceeding in forma pauperis, not the power to "appoint" counsel. 28 U.S.C. § 1915(e)(1). Plaintiff is capable of presenting his claims effectively, and the issues, at least at this stage, are not complex. If the circumstances of this case materially change, this decision will be reconsidered sua sponte.

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge