UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY REED JONES,<br>    Plaintiff,<br>    v.<br>M. DARDEN,<br>    Defendant. | Case No. 15-cv-02022-JSC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DISMISS JURY DEMAND AND FOR DAMAGES**<br>Re: Dkt. No. 19 |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. The Court reviewed the complaint under 28 U.S.C. § 1915A and found that, when liberally construed, it stated a cognizable claim for relief. The Marshal has served Defendant, and Defendant filed an answer along with a jury demand. Plaintiff has filed a motion to dismiss the jury demand and for damages "under Rule 56." First, defendant has a right to trial by jury under Federal Rule of Civil Procedure 38(a). Second, Plaintiff's request for damages stems from his confusion that the Court's determination that his claim is cognizable entitles him to judgment and damages. It does not. Plaintiff's motion is DENIED.

Defendant's motion for summary judgment will be ruled upon after briefing is complete. Plaintiff is reminded to read the warning about summary judgment that he was provided with the Order of Service and again with Defendant's motion.

**IT IS SO ORDERED.**

Dated: January 7, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge