UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY REED JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>M. DARDEN,<br><br>    Defendant. | Case No. 15-cv-02022-JSC<br><br>**ORDER OF DISMISSAL** |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: June 13, 2017

                                               JACQUELINE SCOTT CORLEY
                                               United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY REED JONES,<br>    Plaintiff,<br>v.<br>M. DARDEN,<br>    Defendant. | Case No. 15-cv-02022-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Reed Jones ID: D56853
Caifornia State Prison
P.O. Box 689
Soledad, CA 93960-0683

Dated: June 13, 2017

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By:_____
                                        Ada Means, Deputy Clerk to the
                                        Honorable JACQUELINE SCOTT CORLEY