UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY REED JONES,<br><br>Plaintiff,<br><br>v.<br><br>M. DARDEN,<br><br>Defendant. | Case No. 15-cv-02022-JSC<br><br>**ORDER DENYING MOTION TO SET NEW SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 51 |

Plaintiff is a California prisoner proceeding pro se. After Defendant's motion for summary judgment was denied, the Court referred the case to Magistrate Judge Nandor Vadas for settlement proceedings. (ECF Nos. 34, 43.) Judge Vadas set a video settlement conference for June 21, 2017. (ECF No. 47.) Before the conference, Defendant notified the Court that the parties reached a settlement agreement on their own. (ECF No. 48.) The conference was vacated and the undersigned issued a conditional order of dismissal on June 13, 2017, providing that if any party certifies to the Court within sixty days that the agreed upon consideration for the settlement has not been delivered over, the dismissal order would be vacated. (ECF No. 50.)

On June 21, 2017, Plaintiff's motion for a new settlement conference was filed, stating that he regretted agreeing to the settlement amount of $25,000 and wanted more money. (ECF No. 51.) That motion was signed by Plaintiff on June 5, 2017. (*Id.*) Defendant has indicated that she has since received --- on June 16, 2017 --- the executed the settlement agreement and release of liability from Plaintiff. (ECF No. 52.) Plaintiff does not contradict this statement. As it appears that Plaintiff executed the settlement agreement after writing his motion, it would also appear that Plaintiff has changed his mind again and is satisfied with the settlement agreement. Absent an

indication to the contrary, it appears that this matter is settled, and there is no need for a new settlement conference or alteration of the conditional dismissal order.

**IT IS SO ORDERED.**

Dated: August 2, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY REED JONES,

        Plaintiff,

      v.

M. DARDEN,

        Defendant.

Case No. 15-cv-02022-JSC

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on August 2, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Reed Jones ID: D56853
Caifornia State Prison
P.O. Box 689
Soledad, CA 93960-0683

Dated: August 2, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY